

# FIRST FEDERAL CREDIT CONTROL, INC.

24700 CHAGRIN BLVD STE 205
CLEVELAND, OH 44122-5662
866-311-5061

Monday - Friday 8:00AM - 5:00PM

TO: PIERINA RIVERA
6120 NW 186TH ST APT 208
HIALEAH, FL 33015

Reference: BOA582

**First Federal Credit Control, Inc. is a debt collector.** We are trying to collect a debt that you owe to LAKES RADIOLOGY. We will use any information you give us to help collect the debt.

## Our information shows:

| | |
|---|---|
| You have an account from LAKES RADIOLOGY with account number 296935 100748101. | |
| As of 02/03/2022, you owed: | $93.84 |
| Between 02/03/2022 and today: | |
| You were charged this amount in interest: | $0.00 |
| You were charged this amount in fees: | $0.00 |
| You paid or were credited this amount toward the debt: | $0.00 |
| **Total amount of the debt now:** | **$93.84** |

## How can you dispute the debt?

- **Call or write us by 03/19/22, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write us by 03/19/22, we must stop collection on any amount you dispute until we send you information that shows you owe the debt.** You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.ffcc.com/disputes.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 03/19/22, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.ffcc.com/requests.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options at www.ffcc.com.
- Póngase en contacto con nosotros para solicitar una copia de formulario en español.

---

Detach and Return with Payment

24700 CHAGRIN BLVD STE 205
CLEVELAND, OH 44122-5662

Letter Date: Feb 7, 2022

PIERINA RIVERA
6120 NW 186TH ST APT 208
HIALEAH, FL 33015

### How do you want to respond?
Check all that apply:
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ This amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**
- ☐ Quiero este formulario en español.
- ☐ **I enclosed this amount:** $ _____

Make your checks payable to First Federal Credit Control, Include the reference number BOA582.

FIRST FEDERAL CREDIT CONTROL, INC
24700 CHAGRIN BLVD STE 205
CLEVELAND, OH 44122-5662