United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Pierina Rivera, individually and on behalf of all those similarly situated, Plaintiff, <br><br> v. <br><br> First Federal Credit Control Inc., Defendant. | Civil Action No. 22-21028-Civ-Scola |

### Order of Dismissal

The Plaintiff failed to timely serve the Defendant in this case. The Plaintiff filed the complaint on April 5, 2022, and was responsible for serving the Defendant with a summons and complaint by July 5, 2022. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). Previously, the Court notified the Plaintiff, in keeping with Rule 4(m), that the Court would dismiss this case without prejudice unless the Plaintiff established that she timely served the Defendant or that good cause existed for her failure to timely serve the Defendant. (ECF No. 8.) The Plaintiff has done neither.

Consequently, the Court **dismisses** this action without prejudice and directs the Clerk of the Court to **close** the case.

**Done and ordered** in Miami, Florida, on July 6, 2022.

_____
Robert N. Scola, Jr.
United States District Judge